IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSICA SHINGLETON,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P., and RECONTRUST COMPANY, N.A.,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:11-cv-571<br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on November 3, 2011, recommending that Plaintiff's motion to remand be denied and Defendants' motion to dismiss and release *lis pendens* be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

1

Recommendation. Plaintiff's motion to remand is DENIED and Defendants' motion to dismiss and release *lis pendens* is GRANTED.

IT IS SO ORDERED.

DATED this 29th day of November, 2011.

_____
Dee Benson
United States District Judge